Shawana LAYNE (f/k/a Shawana Singleton) as guardian ad litem and next friend to Frank Lee Layne, Jr., Plaintiff Below–Appellant,

v.

GAVILON GRAIN, LLC (d/b/a Peavey Company), and Jair Cabrera, Defendants Below–Appellees.

No. 414, 2015

Supreme Court of Delaware.

Submitted: August 17, 2015
Decided: August 27, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County C.A. No. N12C–12–057

REFUSED.